# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0518.  RANDY HARLING JR v. LAQUINTA N. CARTER.

On February 2, 2026, the trial court entered an order assessing OCGA § 9-15-14 attorney fees against Randy Harling Jr., who filed a direct appeal from the order. We dismissed the appeal for failure to file a discretionary application as required by OCGA § 5-6-35(a)(10). See Case No. A26A1485 (Apr. 16, 2026). On May 11, 2026, Harling filed this application for discretionary appeal. We, however, lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Harling filed his discretionary application 98 days after entry of the trial court's order. Under these circumstances, we lack jurisdiction to consider the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/08/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*